U.S.A. vs. Kellie Michelle SmithDocket No. 5:20-CR-19-2FL

## Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Kellie Michelle Smith, who, upon an earlier plea of guilty to Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2552(b)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 29, 2021, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Kellie Michelle Smith was released from custody on May 6, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant is currently on supervised release as a result of her conviction of Possession of Child Pornography. Based on the results of the psychosexual evaluation and the recommendation of the United States Probation Office, the defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision that she and the probation officer both believe will help her be successful while completing her term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

2. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence/s/ Corey Rich
Keith W. LawrenceCorey Rich
Supervising U.S. Probation OfficerU.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: August 1, 2023

### ORDER OF THE COURT

Considered and ordered this __1st__ day of _____August_____, 2023, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge